**Order entered November 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01292-CV

### IN RE GIANT EAGLE, INC., Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03853**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for temporary relief pending resolution of the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/　　CRAIG STODDART
　　　　JUSTICE